IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY IAN COOK,

        Petitioner,                    No. CIV S-10-2355 JAM GGH P

    vs.

J. W. HAVILAND, Warden,

        Respondent.              ORDER

_____ /

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's May 10, 2011 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1       For the reasons set forth in the magistrate judge's March 17, 2011 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, petitioner's motion for a certificate of appealability (Doc. No. 25) is denied.
4 A certificate of appealability should not issue in this action.
5       IT IS SO ORDERED.
6 DATED: November 10, 2011

          /s/ John A. Mendez
          UNITED STATES DISTRICT COURT JUDGE